ACCEPTED
03-15-00345-CV
7449090
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/20/2015 10:39:48 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00345-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/20/2015 10:39:48 AM
JEFFREY D. KYLE
Clerk

_____

ESTHER SEOANES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF JAMES WILLIFORD, AND MIRIAM STEWART, APPELLANTS

V.

CITY OF AUSTIN, APPELLEE

_____

## APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL

_____

On appeal from the Probate Court No. 1
Travis County, Texas

_____

MICHAEL SINGLEY
Texas Bar No. 00794642
THE SINGLEY LAW FIRM, PLLC
4131 Spicewood Springs Rd., Ste. O-3
Austin, Texas 78759
(512) 334-4302
(512) 727-3365 fax
Email: Mike@singleylawfirm.com

AND

JEFF EDWARDS
Texas Bar No. 24014406
EDWARDS LAW
1101 E. 11th St.
Austin, Texas 78702
Tel. 512-623-7727
Fax. 512-623-7729
Email: Jeff@edwards-law.com

ATTORNEYS FOR APPELLANTS

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), Appellants Esther Seoanes, individually and as representative of the Estate of James Williford, Deceased, and Miriam Stewart, respectfully move the Court to dismiss this appeal:

1.     After further consideration, Appellants no longer wish to pursue this appeal.

2.     Counsel for Appellee is not opposed to this motion.

Accordingly, Appellants respectfully request that the Court dismiss this appeal.

Respectfully submitted,

THE SINGLEY LAW FIRM, PLLC

By:     /s/ Michael Singley
        MICHAEL SINGLEY
        Texas Bar No. 00794642

4131 Spicewood Springs Rd., Ste. O-3
Austin, Texas 78759
(512) 334-4302
(512) 727-3365 fax
Email: Mike@singleylawfirm.com

AND

By:     /s/ Jeff Edwards
        JEFF EDWARDS
        Texas Bar No. 24014406

EDWARDS LAW
Haehnel Building
1101 E. 11th St.
Austin, Texas 78702
Tel.  512-623-7727
Fax.  512-623-7729
Email:  Jeff@edwards-law.com

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Ms. Chris Edwards, counsel for Appellee, on October 19, 2015, via electronic mail and she is not opposed to this motion.

/s/ Michael Singley
Michael Singley


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Unopposed Motion to Dismiss was served on Appellee's counsel of record via electronic mail and via e-file service on this the 20th day of October, 2015, as follows:


Chris Edwards
City of Austin Law Department
301 W. 2nd Street, P.O. Box 1088
Austin, Texas 78767-1088
*Chris.Edwards@austintexas.gov*
**COUNSEL FOR DEFENDANT CITY OF AUSTIN**

/s/ Michael Singley
Michael Singley